**Order entered October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00996-CR
No. 05-14-00997-CR
No. 05-14-00998-CR

## MICHAEL JERARD RICHARDSON, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause Nos. 416-82939-2012, 416-82940-2012, 416-82942-2012

## ORDER

The Court **REINSTATES** the appeals.

On October 7, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We also ordered the trial court to file completed certifications of appellant's right to appeal. On October 17, 2014, we received supplemental clerk's records with the completed certifications and on October 27, 2014, we received the reporter's record. Therefore, we conclude findings are no longer necessary and **VACATE** the October 7, 2014 order only to the extent it required findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     ADA BROWN
         JUSTICE